# EXHIBIT B

Oct 23 06 03:21p    Shipwrecked            920-868-9413              p.2



**Door Peninsula Winery**
5806 Hwy. 42
Sturgeon Bay, Wis. 54235
414-743-7431 - Winery
800-551-5049 - Toll Free
414-743-5999 - Fax

Date 7-30-98

**INVOICE № 8980**

Salesman: _____
Terms: Net 30 Days

SHIP TO:

SOLD TO: REDACTED
REDACTED
Des Plaines, IL, 60018

Phone Number: _____

Contact: _____

**SPECIALTY PRODUCTS**

**WINE JELLIES: 12-10 oz. Jars**

| FLAVOR | UPC CODE | QUAN | COST | TOTAL |
|---|---|---|---|---|
| Cherry Wine | 0-97441-21110 | | | |
| Pear Wine | 0-97441-21510 | | | |
| Apple Wine | 0-97441-21310 | | | |
| Plum Wine | 0-97441-21410 | | | |
| Concord Grape | 0-97441-21210 | | | |
| Mississippi Muscadine | 0-97441-21610 | | | |

**GOURMET MUSTARDS: 12-9 oz. Jars**

| FLAVOR | UPC CODE | QUAN | COST | TOTAL |
|---|---|---|---|---|
| Wine | 0-97441-11019 | | | |
| Polish | 0-97441-11029 | | | |
| Dill | 0-97441-11039 | | | |
| Honey | 0-97441-11049 | | | |
| Cajun | 0-97441-11059 | | | |

**GOURMET CHERRY COOKING WINE: 12-12 oz. Bottles**

| FLAVOR | UPC CODE | QUAN | COST | TOTAL |
|---|---|---|---|---|
| | 0-97441-51018 | | | |

**CHERRY WINE FLAVORED CHEDDAR CHEESE SPREAD: 12-8 oz. Tubs**

| FLAVOR | UPC CODE | QUAN | COST | TOTAL |
|---|---|---|---|---|
| | 0-97441-31018 | | | |

REMARKS: #2 - PALLETS
Shipped MFS 7-30-98
REDACTED
Received by: _____

**WINES: 12-750 ml Bottles Per Case**                              Column 2

| VARIETY | UPC CODE | QUAN | COST | TOTAL |
|---|---|---|---|---|
| Dry Cherry | 0-97441-02750 | | | |
| Sweet Cherry | 0-97441-01750 | 7 | 39.00 | 273.00 |
| Prop. Res. Cherry Extra Dry | 0-97441-90002 | | | |
| Dry Apple | 0-97441-11750 | | | |
| Sweet Apple | 0-97441-12750 | | | |
| Spiced Apple | 0-97441-13750 | | | |
| Cranberry Apple | 0-97441-42750 | | | |
| Cranberry | 0-97441-41750 | 14 | 54.00 | 756.00 |
| Sweet Pear | 0-97441-22750 | | | |
| Prop. Res. Dry Pear | 0-97441-21750 | | | |
| Sweet Plum | 0-97441-31750 | | | |
| Chesun Plum | 0-97441-72750 | | | |
| Plum Loco | 0-97441-41058 | 7 | 39.00 | 273.00 |
| Raspberry | 0-97441-53750 | 28 | 39.00 | 1092.00 |
| Strawberry | 0-97441-51750 | | | |
| Blackberry | 0-97441-55750 | 14 | 39.00 | 546.00 |
| Peach | 0-97441-52750 | 14 | 39.00 | 546.00 |
| Concord Grape | 0-97441-54750 | | | |
| A.C. Chardonnay | 0-97441-69750 | | | |
| A.C. White Zinfandel | 0-97441-63750 | | | |
| A.C. Red Zinfandel | 0-97441-63750 | | | |
| A.C. French Columbard | 0-97441-41028 | | | |
| A.C. Chablis | 0-97441-65750 | | | |
| A.C. Blush | 0-97441-62750 | | | |
| A.C. Cabernet Sauvignon | 0-97441-64750 | | | |
| DC Spring Wine | 0-97441-82750 | | | |
| DC Christmas | 0-97441-81750 | | | |
| DC White Christmas | 0-97441-81751 | | | |
| DC Mulled Christmas | 0-97441-81752 | | | |
| DC Wedding/Honeymoon | 0-97441-81753 | 14 | 39.00 | 546.00 |
| Mississippi Muscadine | 0-97441-97510 | | | |
| Hallowine | 0-97441-13751 | 28 | 39.00 | 1092.00 |

Gallons Per Case 2.3775
Total Cases x 126
Total Wine Gallons =

Total Cases
Total Column #2 — 5,124.00
Total Column #1 —
Less Discount —
**Total Due This Invoice Thank You  $5,124.00**

DPW 00002
**Highly Confidential**

10-23-2006 13:57   DOOR PENINSULA WINERY  9207435999                    PAGE2