AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

C&N CORPORATION d/b/a
DOOR PENINSULA WINERY,
       Plaintiff,

v.

GREGORY KANE and
ILLINOIS RIVER WINERY, INC.,
       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 12-C-257

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is hereby GRANTED in favor of Plaintiffs C&N Corporation d/b/a Door Penninsula Winery (DPW) and against Defendants Gregory Kane and Illinois River Winery, Inc. (IRW) as to DPW's claims for trademark infringement of its rights in the HALLOWINE word mark under the Lanham Act and state common law, including recovery of IRW's profits for infringing sales in the amount of $508,864.26.

      **IT IS FURTHER ORDERED AND ADJUDGED** that Gregory Kane and Illinois River Winery, Inc. their officers, agents, servants, employees, attorneys, and all other persons who are in active concert or participation with them, who receive actual notice of this Order by personal service or otherwise, are permanently enjoined and restrained from manufacturing, advertising, marketing, promoting, offering to sell, and/or selling wine that uses, copies, or misappropriates the HALLOWINE mark or other existing or future names or designs that are not more than a colorable variation of the HALLOWINE mark in or into the states of Illinois and Wisconsin, whether such use is as, on, in, or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise, without express authorization or license from C&N Corporation d/b/a/ Door Peninsula Winery.

Gregory Kane and Illinois River Winery **ARE FURTHER ORDERED** to provide a copy of the Injunction Order to all distributors of their products in Illinois and/or Wisconsin within ten (10) days.

                              Approved:    s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court

Dated: November 13, 2013.

                                                                JON W. SANFILIPPO
                                                                Clerk of Court

                                                                s/ Mary Fisher
                                                                (By) Deputy Clerk